UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ROBERT ANTHONY WHITEAKER,**

**Plaintiff,**

**v.** **Case No. 26-C-1492**

**JUSTIN GRONES, BRADY L. GOEKS,**
**and LANGLADE COUNTY,**

**Defendant.**

---

**ORDER GRANTING MOTION TO PROCEED WITHOUT PREPAYMENT OF FILING FEE**

---

Plaintiff Robert Anthony Whiteaker filed a complaint against Defendants Justin Grones, Brady L. Goeks, and Langlade County, Wisconsin, asserting violations of his Fourth and Fourteenth Amendment rights. Plaintiff also filed a motion for leave to proceed without prepayment of the filing fee. The court has reviewed the affidavit submitted in support of the motion as well as Plaintiff's supplemental declaration and concludes that Plaintiff lacks sufficient income and/or assets to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee (Dkt. No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Complaint and this Order upon Defendants pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. § 0.114(a)(2), (a)(3). Although

Congress requires the court to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provisions for these fees to be waived either by the court or by the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that Defendants shall file a responsive pleading to the Complaint within the time allowed under the Federal Rules of Civil Procedure.

Finally, Plaintiff must notify the clerk of court's office of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties. It could also result in dismissal of the lawsuit.

Dated at Green Bay, Wisconsin this 10th day of September, 2026.

William C. Griesbach
United States District Judge